# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| **BEVERLY BLOCK** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 06-04118-CV-C-NKL |
| ) | |
| **OHIO STATE LIFE INSURANCE CO.,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER SETTING DEADLINE FOR FILING OF PROPOSED SCHEDULING ORDER AND FOR RULE 26(f) CONFERENCE

A joint proposed scheduling order/discovery plan ("Proposed Plan") will be filed on or before August 31, 2006. The Proposed Plan will comply with Local Rules 16.1(d), 16.1(f), 26.1(c), 26.1(d). The Proposed Plan will also state whether the case will be tried to the Court or to a jury and the anticipated length of the trial. In accordance with Local Rule 16.1(d), Plaintiff's counsel will take the lead in preparing the Proposed Plan.

The Rule 26(f) conference will take place on or before August 25, 2006. Counsel are reminded that Rule 26(a)(1) disclosures shall be made at the Rule 26(f) conference. During the Rule 26(f) conference, the parties will discuss the nature and bases of their claims and defenses and will discuss the possibilities for a prompt settlement of the case.

Within fifteen (15) days of this Order, each non-governmental corporate party must file a statement identifying all parent companies, subsidiaries (except wholly owned subsidiaries) and affiliates that have issued shares to the public.

**IT IS SO ORDERED.**

                                                  s/ NANETTE K. LAUGHREY
                                                  NANETTE K. LAUGHREY
                                                  UNITED STATES DISTRICT JUDGE

Dated: July 19, 2006